# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | CR 25-0270-AH | Date | APRIL 17, 2025 |
|---|---|---|---|

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | SPANISH LANGUAGE: THOMAS KAVELIN / JESUS RIVERA |

| YOLANDA SKIPPER | SUZANNE MCKENNON | YERVANT P. HAGOPIAN |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. SANTIAGO DELFINO-PELLCASTRE | X | X | | 1. ROSE STATMAN, DFPD | X | X | |

**Proceedings:** [FAST-TRACK] GUILTY PLEA AND SENTENCING

Defendant moves to change plea to **Count 1 of the Information.**

Defendant is sworn and waiver of Defendant's Constitutional Rights are taken. Defense counsel joins in waiver of Defendant's Constitutional Rights.

Defendant, enters a plea of **GUILTY** to **Count 1 of the Information.**

The Court questions the Defendant regarding plea of GUILTY, and finds that a factual basis has been laid and further finds the plea is free of any coercive influence, voluntarily made with full knowledge of the charges against him, the consequences of the plea; that there have been no promises of any kind made to the Defendant by anyone and no threats or coercion have been exerted upon Defendant in any manner.

The Court ORDERS the plea accepted and entered. The Court finds that the information in the record is sufficient for the Court to meaningfully exercise its sentencing authority pursuant to 18 USC § 3553(a) without a full pre-sentence investigation and report, and moving forward with only a limited pre-sentence report, the Court will now proceed to sentencing.

**[REFER TO JUDGMENT AND COMMITMENT ORDER.]**

IT IS SO ORDERED.

cc: USPO
    PSA
    USM
:53